(COB Form NtcCredCounsSng #272SingleDb 2/2017)

# UNITED STATES BANKRUPTCY COURT
## District of Colorado

In re:  
Tyler Robert Glenn

Bankruptcy Case No . 21–13998–KHT  
Chapter 7

## NOTICE TO FILE CREDIT COUNSELING CERTIFICATION

In Part 5, Question 15 on the voluntary petition filed in this bankruptcy case, the Debtor indicates he/she received a briefing from an approved credit counseling agency within the 180 days before this bankruptcy case was filed. However, the Debtor has not provided the required certificate of completion. Accordingly,

NOTICE IS HEREBY GIVEN that on or before **8/13/21** the Debtor must file with the Court a credit counseling certification demonstrating the Debtor completed, within the 180–day period *before this case was filed*, a briefing from an approved nonprofit budget and counseling agency.

NOTICE IS FURTHER GIVEN that **if the Debtor fails to timely file the certification, the case may be dismissed by the Court without further notice to the Debtor** for failure to establish eligibility to be a debtor under 11 U.S.C. § 109(h)(1).

Date:  8/2/21

FOR THE COURT:  
Kenneth S. Gardner , Clerk  
US Bankruptcy Court  
US Custom House  
721 19th St.  
Denver, CO 80202–2508