## United States Bankruptcy Court
### For the District of Colorado

| | | |
|---|---|---|
| In re: | ) | |
| Tyler Robert Glenn | ) | Bankruptcy Case No. 21-13998-KHT |
|  | ) | Chapter 7 |
|  | ) | |
| Debtor(s). | ) | |

### DEFICIENCY NOTICE: DOCUMENTS DUE    8/13/2021

The following missing documents are required for your case:

- Employee Income Records and/or Statement Concerning Payment Advices (L.B.F. 1007-6.1)

**Your case is subject to dismissal if you fail to file the missing documents or otherwise request a hearing in writing by the above date.**[1]

Date: 8/2/2021                                          Kenneth S. Gardner, Clerk
                                                        U.S. Customs House, 721 19th Street, Denver, CO 80202

Create your "List of Creditors" online: http://www.cob.uscourts.gov/credentry/splash_creditor_entry.asp
The Official Bankruptcy Forms are available at http://www.uscourts.gov/forms/bankruptcy-forms
The Official Local Bankruptcy Forms are available at http://www.cob.uscourts.gov/forms/all-forms
For more information on how to file the missing document(s) or information about your case:
    Call: 720-904-7300
    Live Chat Online: www.cob.uscourts.gov

---

[1] See 11 U.S.C. § 521 and/or 11 U.S.C. §1116, Federal Rule of Bankruptcy Procedure 1007 and/or 3015, and/or Local Bankruptcy Rule 1007-6, and 1007-7.