United States Bankruptcy Court
District of Colorado

In re:  
Tyler Robert Glenn  
    Debtor

Case No. 21-13998-KHT  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 2  
Date Rcvd: Aug 02, 2021     Form ID: 272SngDb     Total Noticed: 4

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Tyler Robert Glenn, 11887 Navajo Trl, Conifer, CO 80433-7219 |
| aty | + | Thomas H. Terry, Fredrickson, Johnson & Belveal, 831 Royal Gorge Blvd, Ste 329, Canon City, CO 81212-6706 |
| ust | + | US Trustee, Byron G. Rogers Federal Building, 1961 Stout St., Ste. 12-200, Denver, CO 80294-6004 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | Email/Text: tom.connolly@txitrustee.com | Aug 02 2021 21:46:00 | Tom H. Connolly, Tom Connolly, LLC, PO Box 68, Lafayette, CO 80026-0068 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 04, 2021      Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Thomas H. Terry | on behalf of Debtor Tyler Robert Glenn tomterryatty@qwestoffice.net |
| Tom H. Connolly | tom@connollytrustee.com ecf.alert+Connolly@titlexi.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

District/off: 1082-1 User: admin Page 2 of 2
Date Rcvd: Aug 02, 2021 Form ID: 272SngDb Total Noticed: 4
TOTAL: 3

(COB Form NtcCredCounsSng #272SingleDb 2/2017)

# UNITED STATES BANKRUPTCY COURT
### District of Colorado

| | |
|---|---|
| In re:<br>Tyler Robert Glenn | Bankruptcy Case No . 21−13998−KHT<br>Chapter 7 |

## NOTICE TO FILE CREDIT COUNSELING CERTIFICATION

In Part 5, Question 15 on the voluntary petition filed in this bankruptcy case, the Debtor indicates he/she received a briefing from an approved credit counseling agency within the 180 days before this bankruptcy case was filed. However, the Debtor has not provided the required certificate of completion. Accordingly,

NOTICE IS HEREBY GIVEN that on or before **8/13/21** the Debtor must file with the Court a credit counseling certification demonstrating the Debtor completed, within the 180−day period *before this case was filed*, a briefing from an approved nonprofit budget and counseling agency.

NOTICE IS FURTHER GIVEN that **if the Debtor fails to timely file the certification, the case may be dismissed by the Court without further notice to the Debtor** for failure to establish eligibility to be a debtor under 11 U.S.C. § 109(h)(1).

Date:  8/2/21

FOR THE COURT:

Kenneth S. Gardner , Clerk

US Bankruptcy Court
US Custom House
721 19th St.
Denver, CO 80202−2508