United States Bankruptcy Court
District of Colorado

In re:     Case No. 21-13998-KHT
Tyler Robert Glenn     Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 1
Date Rcvd: Aug 02, 2021     Form ID: pdf906     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Tyler Robert Glenn, 11887 Navajo Trl, Conifer, CO 80433-7219 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2021     Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas H. Terry | on behalf of Debtor Tyler Robert Glenn tomterryatty@qwestoffice.net |
| Tom H. Connolly | tom@connollytrustee.com ecf.alert+Connolly@titlexi.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 3

**United States Bankruptcy Court**
**For the District of Colorado**

| | |
|---|---|
| In re: ) | |
| Tyler Robert Glenn ) | Bankruptcy Case No. 21-13998-KHT |
| ) | Chapter 7 |
| ) | |
| Debtor(s). ) | |

**DEFICIENCY NOTICE: DOCUMENTS DUE   8/13/2021**

The following missing documents are required for your case:

• Employee Income Records and/or Statement Concerning Payment Advices (L.B.F. 1007-6.1)

**Your case is subject to dismissal if you fail to file the missing documents or otherwise request a hearing in writing by the above date.**[1]

Date: 8/2/2021                                Kenneth S. Gardner, Clerk
                                              U.S. Customs House, 721 19th Street, Denver, CO 80202

Create your "List of Creditors" online: http://www.cob.uscourts.gov/credentry/splash_creditor_entry.asp
The Official Bankruptcy Forms are available at http://www.uscourts.gov/forms/bankruptcy-forms
The Official Local Bankruptcy Forms are available at http://www.cob.uscourts.gov/forms/all-forms
For more information on how to file the missing document(s) or information about your case:
    Call: 720-904-7300
    Live Chat Online: www.cob.uscourts.gov

---

[1] See 11 U.S.C. § 521 and/or 11 U.S.C. §1116, Federal Rule of Bankruptcy Procedure 1007 and/or 3015, and/or Local Bankruptcy Rule 1007-6, and 1007-7.