

4/16/2021

TYLER GLENN **1,627.05

One Thousand Six Hundred Twenty-Seven and 05/100

TYLER GLENN
11867 NAVAJO TR
CONIFER, CO 80470

Pay Period: 03/31/2021 - 04/13/2021

**Employee**
TYLER GLENN, 11867 NAVAJO TR, CONIFER, CO 80470

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| HOURLY SHOP | 80:00 | 19.00 | 1,520.00 | 11,218.90 |
| Overtime (x1.5) hourly SHOP | 16:12 | 28.50 | 461.70 | 2,166.30 |
| Commission | 28.34 | 2.00 | 56.68 | 228.22 |
| Bonus | | 50.00 | 50.00 | 50.00 |
| Hourly Vacation | | | 0.00 | 678.60 |
| DYNA SHOP | | | 0.00 | 757.84 |
| personal bonus | | | 0.00 | [illegible] |
| | 96:12 | | 2,088.38 | 15,776.16 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Insurance (pre-tax) | -37.45 | -299.60 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -181.00 | -1,631.00 |
| Social Security Employee | -127.15 | -[illegible] |
| Medicare Employee | -29.73 | -234.45 |
| CO - Withholding | -86.00 | -[illegible] |
| | -423.88 | -3,465.16 |

| Net Pay | 1,627.05 | 12,014.38 |
|---|---|---|

GRANT AUTOMOTIVE, 19358 GODDARD RANCH CT, MORRISON, CO 80465, BSB AUTOMOTIVE ENTERPRISES INC

SSN [illegible]

Pay Period: [illegible] Pay Date: [illegible]

Vacation | Accrued | Used | Available
Current | YTD

Non-taxable Company Items | Current | YTD Amount
Health Insurance (company paid) | [illegible] | [illegible]

Powered by Intuit Payroll

**Employee**
TYLER GLENN, 11867 NAVAJO TR, CONIFER, CO 80470

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| HOURLY SHOP | 80:00 | 19.00 | 1,520.00 | 11,218.90 |
| Overtime (x1.5) hourly SHOP | 16:12 | 28.50 | 461.70 | 2,166.30 |
| Commission | 28.34 | 2.00 | 56.68 | 228.22 |
| Bonus | | 50.00 | 50.00 | 50.00 |
| Hourly Vacation | | | 0.00 | 678.60 |
| DYNA SHOP | | | 0.00 | 757.84 |
| personal bonus | | | 0.00 | [illegible] |
| | 96:12 | | 2,088.38 | 15,776.16 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Insurance (pre-tax) | -37.45 | -299.60 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -181.00 | -1,631.00 |
| Social Security Employee | -127.15 | -[illegible] |
| Medicare Employee | -29.73 | -224.45 |
| CO - Withholding | -86.00 | -[illegible] |
| | -423.88 | -[illegible] |

| Net Pay | 1,627.05 | 12,014.38 |
|---|---|---|

GRANT AUTOMOTIVE, 19358 GODDARD RANCH CT, MORRISON, CO 80465, BSB AUTOMOTIVE ENTERPRISES INC

SSN [illegible]

Pay Period: [illegible] Pay Date: [illegible]

Vacation | Accrued | Used | Available
Current | YTD

Non-taxable Company Items | Current | YTD Amount
Health Insurance (company paid) | [illegible] | [illegible]

Powered by Intuit Payroll

4/30/2021

TYLER GLENN **1,533.46

One Thousand Five Hundred Thirty-Three and 46/100

TYLER GLENN
11887 NAVAJO TR
CONIFER, CO 80470

Pay Period: 04/14/2021 - 04/27/2021

**Employee**
TYLER GLENN, 11887 NAVAJO TR, CONIFER, CO 80470

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| HOURLY SHOP | 80:00 | 19.00 | 1,520.00 | [illegible] |
| Overtime (x1.5) hourly SHOP | 12:24 | 28.50 | 353.40 | [illegible] |
| Commission | 27.28 | 2.00 | 54.56 | 282.71 |
| Bonus | | | 0.00 | 80.00 |
| Hourly Vacation | | | 0.00 | 2,978.00 |
| DYNA SHOP | | | 0.00 | 787.84 |
| personal bonus | | | 0.00 | [illegible] |
| | 92:24 | | 1,927.96 | 17,707.12 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Insurance (pre-tax) | 0.00 | -390.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -186.00 | -1,767.50 |
| Social Security Employee | -119.54 | -1,079.27 |
| Medicare Employee | -27.96 | -252.41 |
| CO - Withholding | -61.00 | -731.00 |
| | -394.50 | -3,[illegible] |

Net Pay 1,533.46 13,647.84

Vacation: Current; YTD ... 3.03

Non-taxable Company items: Health Insurance (company paid) ... YTD Amount 898.72

GRANT AUTOMOTIVE, 19356 GODDARD RANCH CT, MORRISON, CO 80465, [illegible]

**Employee**
TYLER GLENN, 11887 NAVAJO TR, CONIFER, CO 80470

Net Pay 1,533.46 13,647.84

GRANT AUTOMOTIVE, 19356 GODDARD RANCH CT, MORRISON, CO

5/14/2021

TYLER GLENN **1,387.77

One Thousand Three Hundred Eighty-Seven and 77/100**********

TYLER GLENN
11887 NAVAJO TR
CONIFER, CO 80470

Pay Period: 04/28/2021 - 05/11/2021

Employee
TYLER GLENN, 11887 NAVAJO TR, CONIFER, CO 80470

SSN
***-**-1906

Pay Period: 04/28/2021 - 05/11/2021 Pay Date: 05/14/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| HOURLY SHOP | 77:48 | 19.00 | 1,478.20 | 14,212.10 |
| Hourly Vacation | 10:00 | 19.00 | 190.00 | 1,188.00 |
| Commission | 27.39 | 2.00 | 54.78 | 337.88 |
| Bonus | | 50.00 | 50.00 | 100.00 |
| Overtime (x1.5) hourly SHOP | | | 0.00 | 2,838.80 |
| DYNA SHOP | | | 0.00 | 787.84 |
| personal bonus | | | 0.00 | 368.00 |
| | 87:48 | | 1,772.98 | 19,480.10 |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | [illegible] | | [illegible] |
| YTD | | [illegible] | |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| Health insurance (company paid) | [illegible] | 1,011.06 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health insurance (pre-tax) | -37.48 | -337.08 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -143.00 | -1,940.00 |
| Social Security Employee | -107.60 | -1,188.87 |
| Medicare Employee | -25.16 | -277.87 |
| CO - Withholding | -72.00 | -803.00 |
| | -347.76 | -4,207.44 |

| Net Pay | 1,387.77 | 14,935.61 |
|---|---|---|

GRANT AUTOMOTIVE, 19356 GODDARD RANCH CT, MORRISON, CO 80465, BSS AUTOMOTIVE ENTERPRISES INC

Powered by Intuit Payroll

Employee
TYLER GLENN, 11887 NAVAJO TR, CONIFER, CO 80470

SSN
***-**-1906

Pay Period: 04/28/2021 - 05/11/2021 Pay Date: 05/14/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| HOURLY SHOP | 77:48 | 19.00 | 1,478.20 | 14,212.10 |
| Hourly Vacation | 10:00 | 19.00 | 190.00 | 1,188.00 |
| Commission | 27.39 | 2.00 | 54.78 | 337.88 |
| Bonus | | 50.00 | 50.00 | 100.00 |
| Overtime (x1.5) hourly SHOP | | | 0.00 | 2,838.80 |
| DYNA SHOP | | | 0.00 | 787.84 |
| personal bonus | | | 0.00 | 368.00 |
| | 87:48 | | 1,772.98 | 19,480.10 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health insurance (pre-tax) | -37.48 | -337.08 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -143.00 | -1,940.00 |
| Social Security Employee | -107.60 | -1,188.87 |
| Medicare Employee | -25.16 | -277.87 |
| CO - Withholding | -72.00 | -803.00 |
| | -347.76 | -4,207.44 |

| Net Pay | 1,387.77 | 14,935.61 |
|---|---|---|

GRANT AUTOMOTIVE, 19356 GODDARD RANCH CT, MORRISON, CO 80465, BSS AUTOMOTIVE

6/11/2021

TYLER GLENN **1,245.94

One Thousand Two Hundred Forty-Five and 94/100**********

TYLER GLENN
11887 NAVAJO TR
CONIFER, CO 80470

Pay Period: 05/26/2021 - 06/08/2021

Employee
TYLER GLENN, 11887 NAVAJO TR, CONIFER, CO 80470

SSN
[illegible]
Pay Period: 05/26/2021 - 06/08/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| HOURLY SHOP | 68:54 | 19.00 | 1,309.10 | 17,041.30 |
| Overtime (x1.5) hourly SHOP | 8:12 | 28.50 | 233.70 | 3,218.90 |
| Commission | 20.98 | 2.00 | 41.96 | 466.05 |
| Bonus | | | 0.00 | 180.00 |
| Hourly Vacation | | | 0.00 | 1,188.00 |
| DYNA SHOP | | | 0.00 | 787.94 |
| personal bonus | | | 0.00 | 288.00 |
| | 77:06 | | 1,584.76 | 23,166.00 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Insurance (pre-tax) | -37.48 | -411.96 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -120.00 | -2,317.00 |
| Social Security Employee | -95.95 | -1,410.69 |
| Medicare Employee | -22.44 | -329.92 |
| CO - Withholding | -63.00 | -953.00 |
| | -301.37 | -5,010.61 |

| | Current | YTD Amount |
|---|---|---|
| Net Pay | 1,245.94 | 17,742.44 |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | [illegible] | | [illegible] |
| YTD | | [illegible] | |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| Health Insurance (company paid) | [illegible] | [illegible] |

GRANT AUTOMOTIVE, 19356 GODDARD RANCH CT, MORRISON, CO 80465, SSS AUTOMOTIVE ENTERPRISES INC

Employee
TYLER GLENN, 11887 NAVAJO TR, CONIFER, CO 80470

SSN
[illegible]
Pay Period: 05/26/2021 - 06/08/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| HOURLY SHOP | 68:54 | 19.00 | 1,309.10 | 17,041.30 |
| Overtime (x1.5) hourly SHOP | 8:12 | 28.50 | 233.70 | 3,218.90 |
| Commission | 20.98 | 2.00 | 41.96 | 466.05 |
| Bonus | | | 0.00 | 180.00 |
| Hourly Vacation | | | 0.00 | 1,188.00 |
| DYNA SHOP | | | 0.00 | 787.94 |
| personal bonus | | | 0.00 | 288.00 |
| | 77:06 | | 1,584.76 | 23,166.00 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Insurance (pre-tax) | -37.48 | -411.96 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -120.00 | -2,317.00 |
| Social Security Employee | -95.95 | -1,410.69 |
| Medicare Employee | -22.44 | -329.92 |
| CO - Withholding | -63.00 | -953.00 |
| | -301.37 | -5,010.61 |

| | Current | YTD Amount |
|---|---|---|
| Net Pay | 1,245.94 | 17,742.44 |

GRANT AUTOMOTIVE, 19356 GODDARD RANCH CT, MORRISON, CO 80465, SSS AUTOMOTIVE



GRANT AUTOMOTIVE

Employee

TYLER GLENN, 11887 NAVAJO TR, [illegible]

Earnings and Hours

HOURLY SHOP

Overtime (x1.5) hourly SHOP

Hourly Vacation

Commission

Bonus

DYNA SHOP

personal bonus

Deductions From Gross

Health Insurance [illegible]

Taxes

Net Pay

GRANT AUTOMOTIVE, 18356 GODDARD RANCH CT, [illegible]

3/19/2021

TYLER GLENN

**1,332.37

One Thousand Three Hundred Thirty-Two and 37/100**

TYLER GLENN
11887 NAVAJO TR
CONIFER, CO 80470

Pay Period: 03/03/2021 - 03/16/2021

Employee
TYLER GLENN, 11887 NAVAJO TR, CONIFER, CO 80470

SSN

Pay Period: [illegible] Pay Date: [illegible]

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| HOURLY SHOP | 72.24 | 19.00 | [illegible] | [illegible] |
| Hourly Vacation | 9.00 | 19.00 | 171.00 | 978.00 |
| Overtime (x1.5) hourly SHOP | 3.42 | 28.50 | 105.45 | 1,307.40 |
| Commission | 23.98 | 2.00 | 47.96 | 127.34 |
| DYNA SHOP | | | 0.00 | 200.00 |
| | 85.06 | | 1,700.81 | 10,7[illegible] |

Current / YTD [illegible]

Non-taxable Company Items — Current / YTD Amount
Health Insurance (company paid) [illegible]

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Insurance (pre-tax) | -37.45 | -224.70 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -134.00 | -1,[illegible] |
| Social Security Employee | -103.08 | [illegible] |
| Medicare Employee | -24.11 | [illegible] |
| CO - Withholding | -69.00 | [illegible] |
| | -330.19 | -2,[illegible] |

| | Current | YTD |
|---|---|---|
| Net Pay | 1,332.37 | 8,[illegible] |

Vacation — Accrued / Used / Available

GRANT AUTOMOTIVE, 19368 GODDARD RANCH CT, MORRISON, CO 80465, SSS AUTOMOTIVE ENTERPRISES INC.

Powered by Intuit Payroll

Employee
TYLER GLENN, 11887 NAVAJO TR, CONIFER, CO 80470

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| HOURLY SHOP | 72.24 | 19.00 | [illegible] | [illegible] |
| Hourly Vacation | 9.00 | 19.00 | 171.00 | 978.00 |
| Overtime (x1.5) hourly SHOP | 3.42 | 28.50 | 105.45 | 1,307.40 |
| Commission | 23.98 | 2.00 | 47.96 | 127.34 |
| DYNA SHOP | | | 0.00 | 200.00 |
| | 85.06 | | 1,700.81 | 10,7[illegible] |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Insurance (pre-tax) | -37.45 | -224.70 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -134.00 | -1,[illegible] |
| Social Security Employee | -103.08 | [illegible] |
| Medicare Employee | -24.11 | [illegible] |
| CO - Withholding | -69.00 | [illegible] |
| | -330.19 | -2,[illegible] |

Net Pay 1,332.37 [illegible]

Vacation — Accrued / Used / Available

GRANT AUTOMOTIVE, 19368 GODDARD RANCH CT, MORRISON, CO 80465, SSS AUTOMOTIVE [illegible]

4/2/2021

TYLER GLENN **2,163.38

Two Thousand One Hundred Sixty-Three and 38/100

TYLER GLENN
11857 NAVAJO TR
CONIFER, CO 80470

Pay Period: 03/17/2021 - 03/30/2021

**Employee**
TYLER GLENN, 11857 NAVAJO TR, CONIFER, CO 80470

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| HOURLY SHOP | 80:00 | [illegible] | [illegible] | [illegible] |
| Overtime (x1.5) hourly SHOP | 14:36 | 28.50 | 416.10 | [illegible] |
| DYNA SHOP | 1:00 | 667.84 | 667.84 | [illegible] |
| Commission | 22.10 | 2.00 | 44.20 | [illegible] |
| personal bonus | | 388.00 | 388.00 | [illegible] |
| Hourly Vacation | | | 0.00 | [illegible] |
| | 95:36 | | 2,904.14 | [illegible] |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Insurance (pre-tax) | -37.45 | [illegible] |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -361.00 | -1,450.00 |
| Social Security Employee | -177.74 | [illegible] |
| Medicare Employee | -41.57 | [illegible] |
| CO - Withholding | -123.00 | [illegible] |
| | -703.31 | -3,041.30 |

| Net Pay | 2,163.38 | 10,367.33 |
|---|---|---|

GRANT AUTOMOTIVE, 19365 GODDARD RANCH CT, MORRISON, CO 80465, [illegible]

Powered by Intuit Payroll

**Employee**
TYLER GLENN, 11857 NAVAJO TR, CONIFER, CO 80470

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| HOURLY SHOP | 80:00 | 19.00 | 1,520.00 | [illegible] |
| Overtime (x1.5) hourly SHOP | 14:36 | 28.50 | 416.10 | 1,722.49 |
| DYNA SHOP | 1:00 | 667.84 | 667.84 | 767.84 |
| Commission | 22.10 | 2.00 | 44.20 | 171.64 |
| personal bonus | | 356.00 | 356.00 | 388.00 |
| Hourly Vacation | | | 0.00 | [illegible] |
| | 95:36 | | 2,904.14 | [illegible] |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Insurance (pre-tax) | -37.45 | -282.15 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -361.00 | -1,450.00 |
| Social Security Employee | -177.74 | -832.50 |
| Medicare Employee | -41.57 | -194.72 |
| CO - Withholding | -123.00 | -564.00 |
| | -703.31 | -3,041.30 |

| Net Pay | 2,163.38 | 10,367.33 |
|---|---|---|

GRANT AUTOMOTIVE, 19365 GODDARD RANCH CT, MORRISON, CO 80465, [illegible]

Powered by Intuit Payroll