Certificate Number: 14912-CO-DE-035959227

Bankruptcy Case Number: 23-13998



14912-CO-DE-035959227

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 31, 2021, at 11:04 o'clock PM EDT, Tyler Glenn completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Colorado.

Date: August 31, 2021

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor